Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR05-166MJP |
| v. | ) STIPULATED SETTLEMENT AGREEMENT TO AMEND PRELIMINARY ORDER OF FORFEITURE TO RECOGNIZE CLAIM OF KEYBANK, USA, N.A. TO THE 2003 COBALT 293 BOAT, VIN #1142980, HIN #FGE29010J203 |
| MICHAEL ALAN CASSINI, a/k/a Jeffrey Michael Leavitt | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and claimant, KeyBank USA, N.A. ("KeyBank"), by and through their undersigned counsel of record, to settle according to the following terms:

1. The defendant's interest in the following asset was forfeited to the United States of America pursuant to the Preliminary Order of Forfeiture entered on July 28, 2005:

   A. a 2003 Cobalt 293 boat, VIN #1142980, and HIN #FGE29010J203;

2. On or about September 14, 2005, KeyBank filed a Claim and Petition of Lienholder for Ancillary Hearing regarding the above named vessel. The United States agrees to recognize the petition of KeyBank, as having a valid security interest in the vessel, and to release the vessel, including Twin 2003 Volvo Engines, Serial Numbers 4012085118 and 4012085120, to KeyBank, except as specified in paragraph 3 below, in lieu of obtaining a final order of forfeiture. KeyBank is the only petitioner in the ancillary proceeding in this case claiming a secured interest in the vessel.

STIPULATED SETTLEMENT AGREEMENT (KEYBANK)
US v. Cassini CR05-0166P                 - 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

3. During the course of this prosecution the government has incurred expenses, including storage costs through January 24, 2005, in the amount of $6,208.37 for the vessel. KeyBank agrees that the United States of America will be compensated for all costs incurred up to the date of court approval of this stipulation; said costs to be paid by cashier's check or money order made payable to U.S. Marshal's Service. Upon entry of the Order approving this stipulation, the vessel and motors will be released to KeyBank at the place of storage, and KeyBank will be responsible for picking up the said vessel and motors.

4. KeyBank agrees that this stipulated agreement shall constitute full settlement and satisfaction of any and all claims by KeyBank to the said vessel, and all claims resulting from the incidents or circumstances giving rise to this lawsuit as pertains to the vessel.

5. The parties further agree that upon entry of the Order approving this stipulation and release of the vessel to KeyBank by the U.S. Marshal Service, KeyBank shall be entitled to physical possession, free of any claim of the United States. In addition, the United States has no objection to the State of Washington Department of Licensing, upon proper application by KeyBank, issuing title in the vessel to KeyBank without further Order of the United States District Court.

6. Petitioner KeyBank agrees to release and hold harmless the United States, the United States Department of Justice, the Federal Bureau of Investigation, the United States Marshal's Service, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by KeyBank and its agents which currently exist or which may arise as a result of the United States' forfeiture action against Defendant, Michael Cassini, and the seizure and forfeiture of the vessel.

7. The United States is agreeing to release the vessel to KeyBank under the terms of this stipulation rather than forfeit the vessel, sell it and pay off the interest of KeyBank, because it is projected that there will not be sufficient equity left in the vessel, after the lien is paid, to forfeit to the United States.

\\
\\

STIPULATED SETTLEMENT AGREEMENT (KEYBANK)
US v. Cassini CR05-0166P - 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    8.  Petitioner KeyBank understands and agrees that by entering into this Stipulated

2 Settlement Agreement, KeyBank waives any rights to further litigate against the United States

3 its interest in the above-listed asset.

Respectfully submitted,

JOHN McKAY
United States Attorney


 S/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206 553-2242; Fax: 206 553-6934
Richard.E.Cohen@usdoj.gov



 S/Paul V. Rieke
PAUL V. RIEKE
Attorney for KeyBank USA, N.A.
3035 Island Crest Way
Mercer Island, WA 98040
206 275-1010; Fax: 206 236-1226
prieke@comcast.net



 S/Richard A. Karoly
RICHARD A. KAROLY
Attorney for Charles Schwab & Co., Inc.
Charles Schwab & Co., Inc.
Office of Corporate Counsel
101 Montgomery Street
San Francisco, CA 94104
415-636-3221; Fax: 415-636-5304


 S/Richard E. Cohen for
ANNA E. JOHANSSON**
CHARLES C. ROBINSON
Attorney for The Commerce Bank of
Washington, N.A.
Garvey Schubert, Barer
1191 2nd Ave., 18th Floor
Seattle, WA 98101-2939
206-464-3939; Fax: 206-464-0125
Ajohansson@gsblaw.com
Crobinson@gsblaw.com

28 ** Per Telephonic Authorization.

STIPULATED SETTLEMENT AGREEMENT (KEYBANK)
US v. Cassini CR05-0166P                - 3 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## ORDER

**This Stipulated Settlement Agreement is hereby approved.**

**DATED this _8th day of ___February_____, 2006___.**

*[signature]*
Marsha J. Pechman
U.S. District Judge

Presented by:

  S/Richard E. Cohen
RICHARD E. COHEN, WSBA #10688
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242; Fax: 206-553-6934
Richard.E.Cohen@usdoj.gov


  S/Paul V. Rieke
PAUL V. RIEKE
Attorney for KeyBank USA, N.A.
3035 Island Crest Way
Mercer Island, WA 98040
206-275-1010: Fax: 206-236-1226
prieke@comcast.net

STIPULATED SETTLEMENT AGREEMENT (KEYBANK)
US v. Cassini CR05-0166P                - 4 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970